```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 14395
   BRENDA KING
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-5212


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 08/09/2007 and was not confirmed.

    The case was dismissed without confirmation 10/25/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
FCNB MASTERTRUST           UNSECURED            895.22         .00           .00
OCWEN FEDERAL BANK         CURRENT MORTG          .00          .00           .00
OCWEN FEDERAL BANK         MORTGAGE ARRE      23618.95         .00           .00
FISHER & SHAPIRO           NOTICE ONLY       NOT FILED         .00           .00
CAPITAL ONE AUTO FINANCE   SECURED NOT I         .00          .00           .00
UNITED MORTGAGE SERVICES   CURRENT MORTG          .00          .00           .00
UNITED MORTGAGE SERVICES   MORTGAGE ARRE       1479.75         .00           .00
ATG CREDIT LLC             UNSECURED       NOT FILED           .00           .00
CHECK INTO CASH            UNSECURED       NOT FILED           .00           .00
CITY OF CHICAGO PARKING    UNSECURED       NOT FILED           .00           .00
SBC                        UNSECURED       NOT FILED           .00           .00
HARRIS & HARRIS            UNSECURED       NOT FILED           .00           .00
HOUSEHOLD AUTOMOTIVE FIN   UNSECURED       NOT FILED           .00           .00
INTERNAL REVENUE SERVICE   UNSECURED       NOT FILED           .00           .00
MATTESON FIRE DEPTARTMEN   UNSECURED       NOT FILED           .00           .00
ST JAMES HOSPITAL          UNSECURED       NOT FILED           .00           .00
NICOR GAS                  UNSECURED       NOT FILED           .00           .00
T MOBILE                   UNSECURED       NOT FILED           .00           .00
PROVIDIAN FINANCIAL        UNSECURED       NOT FILED           .00           .00
VILLAGE OF MATTESON        UNSECURED            250.00         .00           .00
STATE OF ILLINOIS          UNSECURED       NOT FILED           .00           .00
FEDERAL EMPLOYEES CREDIT   UNSECURED       NOT FILED           .00           .00
CAPITAL ONE AUTO FINANCE   UNSECURED         23166.08          .00           .00
ILLINOIS DEPT OF REV       PRIORITY           1080.50          .00           .00
ILLINOIS DEPT OF REV       UNSECURED            551.96         .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY          .00                          .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                          562.50

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    562.50


                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 14395 BRENDA KING
```

```
PRIORITY                                                            .00
SECURED                                                             .00
UNSECURED                                                           .00
ADMINISTRATIVE                                                      .00
TRUSTEE COMPENSATION                                                .00
DEBTOR REFUND                                                    562.50
                                    ---------------    ---------------
TOTALS                                       562.50             562.50
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


    Dated: 01/28/08                /s/ Tom Vaughn
                                                _____
                                                TOM VAUGHN
                                                CHAPTER 13 TRUSTEE